1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT FOR THE

10          EASTERN DISTRICT OF CALIFORNIA

11

PATSY GRAHAM,                          )          1: 04 CV-F- 6648 DLB
12                                       )
                                         )          ORDER SETTING HEARING
13                                       )          ON MOTION TO WITHDRAW
                                         )          AS ATTORNEY OF RECORD
14                                       )
            Plaintiff,                   )
15                                       )
        vs.                              )
16                                       )
COMMISSIONER OF SOCIAL                   )
17  SECURITY,                            )
                                         )
18          Defendant.                   )
    _____)

19

            Counsel's Motion to Withdraw as Attorney of Record, filed August 25, 2005, is HEREBY
20
    scheduled for hearing on October 21, 2005 at 9:00 a.m. in Courtroom 5.  Counsel should advise the
21
    Courtroom Deputy if she wishes to appear by telephone.  Counsel shall serve a copy her motion and
22
    this Order on plaintiff Patsy Graham.
23

24

25          IT IS SO ORDERED.

26      Dated:    September 15, 2005              _____/s/ Dennis L. Beck_____
27  3c0hj8                                       UNITED STATES MAGISTRATE JUDGE

28
                                           1