1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT FOR THE

9                                  EASTERN DISTRICT OF CALIFORNIA

10

PATSY GRAHAM,                              )              1: 04 CV-F- 6648 DLB
11                                         )
                                           )              ORDER DISMISSING CASE
12                                         )
                                           )
13                     Plaintiff,          )
                                           )
14            vs.                          )
                                           )
15   COMMISSIONER OF SOCIAL                )
     SECURITY,                             )
16                                         )
                       Defendant.          )
17   _____)

18            Plaintiff is proceeding with this judicial action for review of an administrative decision

19   denying an application for Social Security Benefits filed on December 6, 2004.  Defendant,

20   Commissioner of Social Security was served on January 5, 2005.  On October 21, 2005, plaintiff

21   filed a request to dismiss the action.  Defendant does not oppose dismissal.

22            Accordingly, this action is HEREBY DISMISSED.  This concludes this case in its entirety.

23

24            IT IS SO ORDERED.

25        **Dated:    October 27, 2005**              _____ **/s/ Dennis L. Beck** _____
     3b142a                                           UNITED STATES MAGISTRATE JUDGE
26

27

28
                                              1